# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

LAWRENCE LANDRUM,

                Petitioner,   :                  Case No. 1:96 CV 641

   - vs -                              District Judge Thomas M. Rose
                                        Magistrate Judge Michael R. Merz

CARL S. ANDERSON, Warden,

                Respondent.   :

---

# ORDER DISSOLVING STAY OF PROCEEDINGS

---

This case is before the Court on Petitioner's Motion for Relief from Judgment Pursuant to Civ. R. 60(B)(Doc. No. 235).

On June 23, 2006, the Court granted Respondent's Motion to Stay the Judgment pending appellate review (Notation Order granting Doc. No. 220). On November 4, 2010, the Sixth Circuit reversed this Court's grant of a writ of habeas corpus on ineffective assistance of trial counsel grounds and affirmed this Court's denial of the writ on all other grounds raised. *Landrum v. Mitchell,* 625 F.3d 905 (6th Cir. 2010). On October 3, 2011, the Supreme Court denied Landrum's Petition for Writ of Certiorari (Case No. 10-9911, copy at Doc. No. 234).

In that appellate review of the judgment is complete, the stay of proceedings is DISSOLVED. The Clerk shall remove the stayed flag from the docket.

July 3, 2012.

                                    *s/ Michael R. Merz*
                                United States Magistrate Judge