# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

LAWRENCE LANDRUM,

       Petitioner,  :            Case No. 1:96 CV 641

  - vs -                                District Judge Thomas M. Rose
                                           Magistrate Judge Michael R. Merz

CARL S. ANDERSON, Warden,

       Respondent.  :

## RECOMMITTAL ORDER

This case is before the Court on Respondent's Objections (Doc. No. 243) to the Magistrate Judge's Report and Recommendations (Doc. No. 240). Petitioner is allowed to file a reply, which is due not later than September 27, 2012.

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and any response and making recommendations based on that analysis.

September 11, 2012.                                        THOMAS M. ROSE

                                                               Thomas M. Rose
                                                         United States District Judge