# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

LAWRENCE LANDRUM,

    Petitioner, :        Case No. 1:96-cv-641

 - vs -        District Judge Thomas M. Rose
        Magistrate Judge Michael R. Merz

CARL S. ANDERSON, Warden,

    Respondent. :

## ORDER

On Motion of the Petitioner (Doc. No. 248), consent of the Respondent, and for good cause shown, it is hereby ORDERED that Petitioner's proposed budget for his Rule 60 litigation be filed under seal.

November 19, 2012.

        s/ *Michael R. Merz*
        United States Magistrate Judge