# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

LAWRENCE LANDRUM,

        Petitioner,  :        Case No. 1:96-cv-641

  - vs -                                     District Judge Thomas M. Rose
                                                Magistrate Judge Michael R. Merz
CARL S. ANDERSON, Warden,

        Respondent.  :

## ORDER TO BRIEF THE COFFENBERGER CLAIM

      Judge Rose has adopted the recommendation of the Magistrate Judge to reopen the judgment in this case (Doc. No. 252).  In making that recommendation, the Magistrate Judge indicated that, if it were adopted, "[t]his Court can then reconsider the Coffenberger Claim in light of the Sixth Circuit's decision."  (Report, Doc. No. 240, PageID 1152-1153.)  To accomplish that task, it is hereby ORDERED that Petitioner file any additional memorandum he wishes the Court to consider on the Coffenberger claim not later than January 7, 2013.  The Warden may respond not later than twenty-one days after Petitioner files and Petitioner shall have a further two weeks to file a reply memorandum.

December 5, 2012.

                                                     s/ *Michael R. Merz*
                                                United States Magistrate Judge