# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

LAWRENCE LANDRUM,

                 Petitioner,    :                  Case No. 1:96 CV 641

    - vs -                                       District Judge Thomas M. Rose
                                                 Magistrate Judge Michael R. Merz

CARL S. ANDERSON, Warden,

                  Respondent.   :

# RECOMMITTAL ORDER

       This case is before the Court on Respondent's Objections (Doc. No. 269) to the Magistrate Judge's Report and Recommendations (Doc. No. 268).  As permitted by Fed. R. Civ. P. 72, the Petitioner has filed a Response to those Objections (Doc. No. 271).

       The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge.  Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and Response and making recommendations based on that analysis.

June 11, 2013.                                     *s/***Thomas M. Rose**

                                       _____
                                               Thomas M. Rose
                                       United States District Judge